UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA MARIE TANDOC,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, d/b/a Hyatt Regency, a multi-national corporation doing business in the State of Washington, and JOHN DOES I through X,<br><br>Defendants. | NO.  2:25-cv-01844-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff ANNA MARIE TANDOC and Defendants HYATT CORPORATION, d/b/a Hyatt Regency and JOHN DOES I through X, hereby stipulate and agree that all claims against all parties in this matter in the above captioned lawsuit may be dismissed in its entirety, with prejudice, without any fees and costs to any party.

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

DATED this 28th day of May 2026.

s/_____

W. Mark Belanger, WSBA # 34340
James D. Hayes, WSBA # 53539
BORDER SOLUTIONS LAW GROUP
837 West Hastings Street Suite 408
Vancouver, BC V6C 3N6
Telephone: 604-684-4211
Fax: 604-305-0338
Email: mark@bordersolutionslaw.com
Email: james@bordersolutionslaw.com
*Attorneys for Plaintiff*

s/ Eddy Silverman

Eddy Silverman, WSBA # 53494
Donna Shahbazi, WSBA # 62638
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Fax: 206-628-6611
Email: esilverman@williamskastner.com
Email: dshahbazi@williamskastner.com
*Attorneys for Hyatt Corporation d/b/a Hyatt Regency*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff and Defendants, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorney fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All of Plaintiff's claims against all parties are hereby dismissed with prejudice and without costs and fees to any party.

DATED this 1st day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE -
3